# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 9, 2018

## NO. 03-17-00744-CV

**Wesley Perkins, Appellant**

**v.**

**Whitney Brewster, Executive Director, Texas Department of Motor Vehicles;
Bruce Elfant, Tax Assessor Collector for Travis County; and
Steve McCraw, Director, Texas Department of Public Safety, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF JURISDICTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order of dismissal signed by the district court on August 16, 2017. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.